UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
Eastern Division

Jermeka Neil

                        Plaintiff,

v.                                                       Case No.: 1:12–cv–08220
                                                      Honorable Rebecca R. Pallmeyer

Nicholaus Lesch, et al.

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, February 13, 2013:

      business days prior to the conference. Mailed notice(etv, )MINUTE entry before Honorable Rebecca R. Pallmeyer: Motion hearing held on 2/13/2013. Defendants' motion to dismiss certain claims in Plaintiff's first Amended Complaint [17] denied without prejudice. Defendants to Answer or otherwise plead by 3/6/2013. Status hearing set for 4/9/2013 stricken. The parties are directed to appear through lead counsel for a pretrial conference pursuant to Fed. R. Civ. P. 16. on 4/9/2013 at 9:00 AM. Counsel are requested promptly to meet face−to−face for a discussion of possible settlement and for preparation of a planning report. The form is accessible from the court's Internet site, www.ilnd.uscourts.gov. Such report shall be submitted to Judge Pallmeyer in chambers no later than two

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.